UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

         -v-

ANGELO ARIAS,
                      Defendant.
------------------------------------------------------------X
ANGELO ARIAS,
                      Petitioner,

         -v-

UNITED STATES OF AMERICA,
                      Respondent.
------------------------------------------------------------X

04 Cr. 0411 (GEL)

07 CIVIL 5684 (GEL)

**JUDGMENT**

SCANNED

A petition for habeas corpus pursuant to 28 U.S.C. § 2255 having been submitted to the Honorable Gerard E. Lynch, United States District Judge, and the Court, on March 27, 2008, having rendered its Order granting the motion pursuant to 28 U.S.C. § 2255 in No. 07 Civ. 5684, and vacating the judgment of conviction in No. 04 Cr. 0411, and directing the Clerk of the Court to enter judgment in No. 07 Civ. 5684, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 27, 2008, the motion pursuant to 28 U.S.C. § 2255 in No. 07 Civ. 5684 is granted; and the judgment of conviction in No. 04 Cr. 0411 is vacated; the Court orders in No. 04 Cr. 411 that the judgment of conviction is vacated, and resentencing is scheduled for May 23, 2008, at 3:30 p.m. and Joseph A. Grob, Esq., is appointed as counsel to defendant Arias under the Criminal Justice Act.

DATED: New York, New York
         March 31, 2008

J. MICHAEL McMAHON
         **Clerk of Court**
BY:
         **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____